

FILED
CLERK, U.S. DISTRICT COURT
JUN 2 2 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:23-MJ-03134-DUTY |
| Plaintiff, | |
| v. | ORDER OF DETENTION AFTER HEARING |
| CURTIS CLARK, | |
| Defendant. | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |

The defendant having been arrested in Los Angeles, California pursuant to a warrant issued by the United States District Court for the District of Arizona for alleged violation of the terms and conditions of the defendant's probation; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

\\
\\
\\

A. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's lack of a stable residence; unverified background information; the defendant's travel out of state with a warrant pending; and a lack of bail resources.

and

B. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's criminal history that includes crimes of violence, and history of substance abuse.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: June 22, 2023

KAREN L. STEVENSON
CHIEF MAGISTRATE JUDGE